UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| ZACHARY WARD | ) | Case Number 4:11-cv-00811-Y |
| Plaintiff | ) | |
| vs. | ) | |
| | ) | VOLUNTARY DISMISSAL |
| CAPITAL ONE BANK (USA), N.A. | ) | |
| & | ) | |
| ALLIED INTERSTATE, LLC | ) | |
| Defendant(s) | | |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Zachary Ward, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, with prejudice.

BY: /s/ Bruce K. Warren
   Bruce K. Warren, Esquire
   Attorney for Plaintiff
   Warren & Vullings, LLP
   93 Old York Road- Ste. 333
   Jenkintown, PA 19046
   215-745-9800