IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ZACHARY WARD                          §
                                      §
V.                                    §       ACTION 4:11-CV-811-Y
                                      §
CAPITAL ONE BANK (USA), N.A.,         §
ET AL.                                §

FINAL JUDGMENT

Pursuant to Plaintiff's Notice of Dismissal (doc. 6), filed December 7, 2011, and to Federal Rules of Civil Procedure 58 and 41(a)(1)(A)(i), all claims in the above-styled and numbered cause are DISMISSED WITH PREJUDICE. All costs under 28 U.S.C. § 1920 shall be taxed against Plaintiff.

SIGNED December 8, 2011.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/ah